No. 424. JOHN F. DOYLE AND JOHN F. DOYLE, JR., INDIVIDUALLY AND AS COPARTNERS, TRADING AS JOHN F. DOYLE & SON, APPELLANTS, *v.* GEORGE J. SCHMIDHEISER, TRUSTEE, ETC. Appeal from the United States Circuit

Court of Appeals for the Third Circuit. Motion to dismiss submitted November 30, 1914. Decided December 7, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Holden* v. *Stratton*, 191 U. S. 115; *Duryea Power Co.* v. *Sternbergh*, 218 U. S. 299; *Pennsylvania* v. *York Silk Manufacturing Co.*, 232 U. S. 718. *Mr. John P. Connolly* for the appellants. *Mr. Otto Wolff, Jr.*, for the appellees.